UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | | |
|---|---|---|
| ROBERT L. COLLIER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 1:05-cv-1699-JDT-TAB |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |

**Entry Concerning Selected Matters**

Two matters are before the court and are addressed in this Entry. The first is the plaintiff's motion to remand. The second is the quest of the plaintiff's application for and/or the entry of a default judgment. These matters are resolved as follows:

1. Though this action was filed in the Marion County Small Claims Court, the certification contemplated by 28 U.S.C. § 2679(d)(2) has been issued. This fact renders the action removable to federal court "at any time before trial," *id.,* and consequently the motion to remand must be **denied.**

2. Because John Lewis was not served with process in the manner prescribed by Rule 4(i)(2)(B) of the *Federal Rules of Civil Procedure*, he was not in default at the time this action was removed and is not presently in default. Any default judgment heretofore entered is **vacated** and the plaintiff's request for the entry of a default judgment is **denied.**

3. The schedule established in the Entry of December 23, 2005, **remains in effect.**

   **IT IS SO ORDERED.**

Date: _____

Copies to:

Sue Hendricks Bailey
UNITED STATES ATTORNEY'S OFFICE
sue.bailey@usdoj.gov

Robert L. Collier
2511 Caroline Ave
Indianapolis, IN 46218