UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| ROBERT L. COLLIER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | 1:05-cv-1699-JDT-TAB |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Defendant. ) | |

# E N T R Y

The plaintiff's motion to reconsider filed on March 6, 2006, has been considered. The motion to reconsider is **denied** in light of the filing of the defendant's motion to dismiss or alternative motion for summary judgment.

Discovery in the action has been stayed. The plaintiff shall have **through April 4, 2006,** in which to respond to the defendant's motion to dismiss or alternative motion for summary judgment. He may seek discovery relating to the factual arguments relating to the arguments presented in the defendant's dispositive motion, but not otherwise, and in that event must seek leave of court before doing so.

**IT IS SO ORDERED.**

Date: 03/09/2006

John Daniel Tinder, Judge
United States District Court

Distribution:

Jeffrey L. Hunter
UNITED STATES ATTORNEY'S OFFICE
jeff.hunter@usdoj.gov

Robert L. Collier
2511 Caroline Ave
Indianapolis, IN 46218